IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 25-CV-0170-SMY-RJD |
| | ) |
| LULLA P. JACKSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MEMORANDUM AND ORDER**

**YANDLE, District Judge:**

This matter is before the Court for consideration of Plaintiffs' motion to remand (Doc. 11). For the following reasons, the motion is **GRANTED**.

Plaintiff U.S. Bank National Association initiated a mortgage foreclosure action against Defendant Lulla P. Jackson on May 7, 2020, in the Circuit Court of St. Clair County, Illinois (Doc. 11, p. 1). Jackson was personally served on July 17, 2020 (Doc. 11-2). A default judgment was entered against Jackson on January 28, 2021 (Doc. 11-3). A judicial sale occurred on November 20, 2024, and was subsequently confirmed by the state court on January 21, 2025 (Doc. 11-4). Jackson filed a Notice of Removal to this Court on February 5, 2025 (Doc. 1).

"Any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant or the defendants, to the district court of the United States for the district or division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Typically, a notice of removal must be filed within 30 days of service of the Complaint and Summons. 28 U.S.C. § 1446(b). The removal statute is construed narrowly, and

any doubts concerning removal are to be resolved in favor of remand. *Doe v. Allied-Signal, Inc.*, 985 F.2d 908, 911 (7th Cir. 1993).

This matter should have been removed no later than August 16, 2020, and Defendant's Notice of Removal, filed on February 5, 2025, is untimely. Accordingly, this case is **REMANDED** to the Circuit Court of St. Clair County, Illinois. The motions for leave to proceed *in forma pauperis* and for service of process at government expense (Docs. 2, 3) are **TERMINATED as MOOT**.

**IT IS SO ORDERED.**

**DATED: March 11, 2025**

**STACI M. YANDLE**
**United States District Judge**